FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Avila,<br><br>PLAINTIFF(S),<br>v.<br><br>Los Angeles County Sheriff's Department, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV13-04265-SJO (DFM)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:<br>☐ FULL FILING FEE<br>☑ INITIAL PARTIAL FILING FEE |

On __July 1, 2013__, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ __12.00__ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

September 23, 2013
Date

United States Magistrate Judge
**DOUGLAS F. McCORMICK**