JS-6

FILED
CLERK, U.S. DISTRICT COURT

July 3, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL AVILA,<br><br>   Plaintiff,<br><br>   v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPT. et al.,<br><br>   Defendants. | No. CV 13-04265-SJO (DFM)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: July 3, 2014

*S. James Otero*

_____
S. JAMES OTERO
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT

July 3, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY